JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTE DESERIO JR., | ED CV 25-0481 PA (SPx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| NAVY FEDERAL CREDIT UNION, | |
| Defendant. | |

In accordance with the Court's July 17, 2025 Minute Order granting the Motion to Dismiss First Amended Complaint filed by defendant Navy Federal Credit Union ("Defendant"),

IT IS ORDERED, ADJUDGED, AND DECREED that

1. The action filed by Plaintiff Sante Deserio Jr. ("Plaintiff") is dismissed with prejudice for failure to state a viable claim;

2. Plaintiff shall take nothing; and

3. Defendant shall recover its costs of suit.

DATED: July 17, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE